COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 C. F. JORDAN COMMERCIAL, L.P.,
  
                             Appellant,
  
 v.
  
 FABIOLA CHAVEZ,
 Individually and as Administrator of the Estate of Lorenzo Chavez and as Next
 Friend of LORENZO CHAVEZ, JR. and JOVANNA CHAVEZ,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-00-00232-CV
  
 Appeal from the
  
 County Court at Law No. Five
  
 of El Paso County, Texas
  
 (TC# 97-2422)
 
 




O P I N I O N

 

Pending before the Court is the joint
motion to dismiss the appeal pursuant to a settlement agreement entered by the
trial court.  The parties have complied
with the requirements of Rule 42.1(a)(1).  See Tex.
R. App. P. 42.1(a)(1). 

The Court has considered this cause
on the joint motion and concludes the motion should be granted and the appeal
should be dismissed.  We therefore
dismiss the appeal.

September 19, 2002

_____________________________________

RICHARD BARAJAS, Chief Justice

 

Before
Panel No. 4

Barajas,
C.J., Larsen, and McClure, JJ.

 








(Do
Not Publish)